IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM H. SPEARS, #259950, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10cv748-ID |
| | ) (WO) |
| LOUIS BOYD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On December 21, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. #12). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge (Doc. #12) be and the same is hereby ADOPTED and that this case be and the same is hereby DISMISSED without prejudice.

Done this the 13th day of January, 2011.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE